UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:22-cv-02290-JWH(JDEx) | Date | August 14, 2023 |
| Title | *Jim Gramstad et al v. Ventura Foods, LLC* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Court Smart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Christina A. Humphrey | Dorothy D. McDermott |
| James A. Clark | |
| Robert N. Fisher | |

**Proceedings:**   **HEARING RE: DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT [ECF No. 27]; SCHEDULING CONFERENCE**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, the Court hereby **ORDERS** as follows:

1.   Defendants' Motion to Dismiss [ECF No. 27] is **DENIED**.

2.   Plaintiffs' Motion for Leave to file Notice of Supplemental Authority [ECF No. 36] is **GRANTED**.

3.   Defendants' Application for Leave to file a Response to Plaintiffs' Notice of Supplemental Authority [ECF No. 37] is **GRANTED**.

4.   The Court **SETS** the following briefing schedule for Plaintiff's anticipated Motion for Class Certification:

Deadline to file Motion for Class Certification:   December 20, 2023

Deadline to file Opposition to Motion for Class Certification:   February 16, 2024

Time:   00:59
Initials of Preparer: cla

| | |
|---|---|
| Deadline to file Reply re Motion for Class Certification: | March 8, 2024 |
| Hearing on Motion for Class Certification: | March 26, 2024, at 10:00 a.m. |

If the parties wish to participate in a settlement conference before a Magistrate Judge, they may contact the Courtroom Deputy Clerk by email at JWH_Chambers@cacd.uscourts.gov.

**IT IS SO ORDERED.**

Time:  00:59
Initials of Preparer: cla