**CHRISTINA HUMPHREY LAW, P.C.**
Christina A. Humphrey (SBN 226326)
1117 State Street
Santa Barbara, CA 93101
Telephone: (805) 618-2924
Facsimile: (805) 618-2939
Email: christina@chumphreylaw.com

**TOWER LEGAL GROUP, P.C.**
James A. Clark (SBN 278372)
Renee P. Ortega (SBN 283441)
11335 Gold Express Drive, Ste. 105
Gold River, CA 95670
Telephone: (916) 361-6009
Facsimile: (916) 361-6019
Email: james.clark@towerlegalgroup.com
Email: renee.parras@towerlegalgroup.com

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM GRAMSTAD and AISAN ROUHANINIA ATHARI, individually and as representatives of a Putative Class of Participants and Beneficiaries, on behalf of all similarly situated participants and beneficiaries on behalf of the VENTURA FOODS, LLC PROFIT SHARING 401(K) PLAN,<br><br>Plaintiffs,<br>v.<br><br>VENTURA FOODS, LLC and DOES 1 through 10,<br><br>Defendants. | Case No.: 8:22-cv-02290- MWC-JDE<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Filed and served concurrently with Memorandum of Points and Authorities, Declarations of Attorneys Christina A. Humphrey & James A. Clark, Declaration of Administrator Makenna Snow Declarations of Plaintiffs, and [Proposed] Order]<br><br>Judge: Hon. Michelle W. Court<br>Hearing Date: February 14, 2025<br>Hearing Time: 1:30 p.m.<br>Courtroom: 6A |

|    |    |
|----|----|
| 1  | PLEASE TAKE NOTICE that on February 14, 2025 at 1:30 p.m., in |
| 2  | Courtroom 6A of the United States District Court for the Central District of |
| 3  | California, located at First Street Courthouse, 350 West 1st Street, Los Angeles, CA |
| 4  | 90012, before the Honorable Michelle W. Court, Plaintiffs Jim Gramstad and Aisan |
| 5  | Rouhaninia Athari, individually and as representatives of a Putative Class of |
| 6  | Participants and Beneficiaries, on behalf of all similarly situated participants and |
| 7  | beneficiaries on behalf of the Ventura Foods, LLC Profit Sharing 401(K) Plan |
| 8  | ("Plaintiffs"), will and hereby do move the Court to grant Plaintiffs' Unopposed |
| 9  | Motion for Final Approval of Settlement ("Motion") pursuant to the Court's Order |
| 10 | Granting Plaintiffs' Motion for Preliminary Approval and Approval of Class Notice |
| 11 | dated September 24, 2024 (hereinafter, "Preliminary Approval Order"). See ECF |
| 12 | No.57. |
| 13 | Defendant Ventura Foods, LLC ("Defendant"), (collectively with Plaintiffs, |
| 14 | the "Parties") do not oppose this Motion. |
| 15 | Plaintiffs move the Court to enter an Order that grants Final Approval of the |
| 16 | proposed Settlement as fair, reasonable and adequate. Plaintiffs bring this Motion |
| 17 | pursuant to Federal Rule of Civil Procedure 23(e), and it is supported by the |
| 18 | concurrently filed Memorandum in support; Declarations of Christina A. Humphrey, |
| 19 | James A. Clark, Makenna Snow (Settlement Administrator, ILYM Group, Inc.), and |
| 20 | all Exhibits appended thereto; all evidence, records, and pleadings in this action; oral |
| 21 | argument that may be presented at any hearing of this Motion; and all other matters |
| 22 | that the Court deems proper. |
| 23 | The Parties have met all deadlines provided in the Preliminary Approval |
| 24 | Order. Plaintiffs and Defendants stand ready to provide any additional information or |
| 25 | materials that the Court may require in connection with consideration of this Motion |
| 26 | at this time. |
| 27 |    |
| 28 |    |

-1-
NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Dated: December 27, 2024

**CHRISTINA HUMPHREY LAW, P.C.**
**TOWER LEGAL GROUP, P.C.**

By: */s/ Christina A. Humphrey*
CHRISTINA A. HUMPHREY
JAMES A. CLARK
RENEE P. ORTEGA

Attorneys for Plaintiffs